**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00585-CR

————————————

## IN RE LONNIE HENRY RECTOR, JR., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Lonnie Henry Rector, Jr., incarcerated and proceeding pro se, has filed an application for a writ of mandamus seeking to compel the respondent district judge to rule on relator's motion for forensic DNA testing, pursuant to Chapter 64 of the Texas Code of Criminal Procedure.[1]

---

[1] The underlying case is *The State of Texas v. Lonnie Henry Rector, Jr.*, Cause No. 714415, in the 262nd Judicial District Court of Harris County, Texas, the Honorable Lori Chambers Gray presiding. This Court previously dismissed for want of jurisdiction relator's two prior mandamus petitions. *See In re Rector*, No. 01-18-01144-CR, 2019 WL 302785 (Tex. App.—Houston [1st Dist.] Jan. 24, 2019,

We construe relator's application as a petition for a writ of mandamus and deny it.  *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

orig. proceeding) (per curiam) (mem. op., not designated for publication); *In re Rector*, No. 01-18-01102-CR, 2018 WL 6694792 (Tex. App.—Houston [1st Dist.] Dec. 20, 2018, orig. proceeding) (per curiam) (mem. op., not designated for publication).